## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

In Re: Thomas Wynn,             Case No.: 18-73535
Debtor             Chapter 13

### MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the Debtor(s), by Counsel, and moves this Court, pursuant to Bankruptcy Code Section 1307(b), to dismiss the subject Chapter 13 proceeding without prejudice to the debtor or any other party and respectfully states that such dismissal would be in the best interest of all parties concerned.

Thomas Wynn

By: /s/ Steve C. Taylor
Of Counsel

### *CERTIFICATION*

I do hereby certify that a true copy of the above Motion was mailed by first class mail to: Michael P. Cotter, Chapter 13 Trustee, 870 Greenbriar Circle, Suite 402, Chesapeake, VA 23320; Office of the United States Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, Virginia 23510, Thomas Wynn, 2316 Red Tide Road, Virginia Beach, VA 234551 and to all creditors, this 5 day of November, 2018.

/s/ Steve C. Taylor
Steve C. Taylor, Esquire

Steve C. Taylor, Esquire
The Alliance Legal Group
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB: 31174

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

In Re: Thomas Wynn,                              Case No.: 18-73535
Debtor                                           Chapter 13

## NOTICE OF MOTION FOR DISMISSAL

The Debtor has filed papers with the Court to Voluntarily Dismiss the subject Chapter 13 proceeding.

**Your rights may be affected. You should read these papers carefully and discuss them with your Attorney, if you have one in this case. (If you do not have an Attorney, you may wish to consult one.)**

If you do not want the Court to grant the Relief requested, or if you want the Court to consider your views on the Motion then, you or your Attorney must file with the Court, at the address shown below, a written response pursuant to Local Bankruptcy Rules 9013-1(H) before __11/19/18__. If you mail your response to the Court for filing.

Clerk of Court                              You must also mail a copy to:
U.S. Bankruptcy Court                       Steve C. Taylor, Esquire
600 Granby Street, 4th Fl                   The Alliance Legal Group
Norfolk, VA 23510                           133 Mount Pleasant Road
                                            Chesapeake, VA 23322

Date: November 5, 2018                      /s/ Steve C. Taylor
                                            Steve C. Taylor, Esquire

## CERTIFICATE OF SERVICE

I do hereby certify that a true copy of this Notice was mailed by first class mail to the Office of the U.S. Trustee; and the Chapter 13 Trustee, debtor and to all creditors, this 5th day of November, 2018.

/s/ Steve C. Taylor
Steve C. Taylor, Esquire

Steve C. Taylor, Esquire
The Alliance Legal Group
Attorney for the debtor(s)
133 Mount Pleasant Road
Chesapeake, Virginia 23322
(757) 482-5705
VSB: 31174