UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

In Re:     **Thomas Wynn,**                              Case No.: **18-73535**
           **Debtor**                                                 Chapter 13

ORDER OF DISMISSAL

Pursuant to the Motion of the Debtor, by Counsel, for voluntary dismissal of his Chapter 13 proceeding, no objections having been filed thereto, and the endorsement of the Chapter 13 Trustee that he has no objection to the dismissal, it is accordingly

ORDERED that the Chapter 13 proceeding of Thomas Wynn, is hereby dismissed without prejudice.

It is further ORDERED that copies are to be mailed to The Alliance Legal Group, 133 Mount Pleasant Road, Chesapeake, Virginia 23322; Michael. P. Cotter, Chapter 13 Trustee, 870 Greenbrier Circle., Suite 402, Chesapeake, VA 23320; Office of the United States Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, Virginia 23510; and Thomas Wynn, 2316 Red Tide Road, Virginia Beach, VA 23451.

Dated: Nov 21 2018
_____

/s/ Frank J. Santoro
_____

JUDGE

**Counsel for the Debtor(s):**
**Steve C. Taylor, Esquire**
**VSB: 31174**
**Alliance Legal Group**
**133 Mount Pleasant Road**
**Chesapeake, Virginia 23322**
**(757) 482-5705**

Entered on Docket: Nov 21, 2018

We ask for this:

  /s/   Steve C. Taylor_____
Steve C. Taylor
Counsel for the Debtor


Seen:

  /s/   Warren Uthe for_____
Michael P. Cotter
Chapter 13 Trustee


## CERTIFICATE

     I hereby certify that in accordance with Local Rule 9022-1(C) this Order has been endorsed by all necessary parties and a true foregoing copy has been mailed out to all creditors, Trustee, and U.S. Trustee.

  /s/   Steve C. Taylor_____
Steve C. Taylor
Counsel for the Debtor


**Counsel for the Debtor(s):**
**Steve C. Taylor, Esquire**
**VSB: 31174**
**Alliance Legal Group**
**133 Mount Pleasant Road**
**Chesapeake, Virginia  23322**
**(757) 482-5705**